# OFFICE OF THE
# CHAPTER 13 STANDING TRUSTEE

7 Southwoods Boulevard, Albany, New York 12212

| | | |
|---|---|---|
| Andrea E. Celli, Esq.<br>Trustee<br>Bonnie Baker, Esq.<br>Assoc. Attorney | Telephone: (518) 449-2043<br>Facsimile: (518) 449-2473 | For payments Only:<br>P.O Box 1918<br>Memphis, TN  38101-1918 |

June 27, 2011

Bankruptcy Court
James T. Foley U.S. Courthouse
445 Broadway, Suite 306
Albany, New York 12207

Re:   06-10093              William & Maria Holden

To Whom It May Concern:

Enclosed please find check #**922792** in the amount of **$66.39**. Pursuant to the order of confirmation, we have been collecting funds for a creditor in this case and have attempted to distribute funds. All attempts to contact and forward checks have been unsuccessful. The creditor name and address as listed on the proof of claim is as follows:

   Claim No.          2

   Account#           6032590371390815

   Creditor           Citifinancial Mort. Company
                      1111 Northpoint Drive
                      Coppell, TX 75019

Very truly yours,

*Cheryl Corning*

Cheryl Corning
Office of Andrea Celli

**FILED**

JUN 28 2011

OFFICE OF THE BANKRUPTCY CLERK
ALBANY, NY

*Rec'vd $66.39 6/28/11*